1
2
3
4
5        UNITED STATES DISTRICT COURT
6        EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO: 2:16-CR-143-RMP |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE OF COUNT FIVE AGAINST DEFENDANT TAMARA HENDERSON |
| TAMARA L. HENDERSON (2), | |
| Defendant. | |

A pretrial conference was held in this matter on September 7, 2017, at which the Court heard argument from the parties regarding a pending motion by the Government to dismiss without prejudice, pursuant to Fed. R. Crim. P. Rule 48(a), ECF No. 149, count five of the original indictment, ECF No. 1, against Defendant Tamara Henderson, and a motion by Defendant Ms. Henderson to modify the dismissal sought by the Government to be with prejudice, ECF No. 162. At the conclusion of oral argument, the Government moved to dismiss with prejudice count five of the original indictment, for misprision of a felony under 18 U.S.C. §

ORDER OF DISMISSAL WITH PREJUDICE OF COUNT FIVE AGAINST DEFENDANT TAMARA HENDERSON ~ 1

4. The Court granted the motion. This Order memorializes and supplements the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Government's September 7, 2017 oral motion to dismiss with prejudice is **GRANTED**.
2. The Government's Motion to Dismiss, **ECF No. 149**, is **DENIED AS MOOT**.
3. Defendant's Motion to Modify, ECF No. 162, is **DENIED AS MOOT**.
4. The charge against Tamara Henderson, as stated in the original Indictment at ECF No. 1, is **DISMISSED WITH PREJUDICE.**

The District Court Clerk is directed to enter this Order, provide copies to counsel, and dismiss Tamara Henderson as a Defendant in this case.

**DATED** September 7, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge